# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00357-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD K. THRASHER,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the court shall conduct a status/scheduling conference in the above-captioned matter on **October 9, 2009**, commencing at 9:00 a.m.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  September 8, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.