IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00357-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**RONALD K. THRASHER**

        Defendant.

---

### MOTION TO DETERMINE COMPETENCY

---

Mr. Thrasher through his court appointed attorney Sean M. McDermott moves this Court for an order to set a hearing in order to establish whether Mr. Thrasher is competent to proceed in this matter. As grounds thereof Mr. Thrasher's counsel states the following:

1. Mr. Thrasher has a long history of mental illness. He still suffers from a mental illness. This lengthy history and on going problem interferes with his ability to "assist properly in his defense" *See* 18 U.S.C. § 1841. Due to privilege concerns, counsel is not able to elaborate with respect to these concerns.

2. With that said a defendant must "ha[ve] sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding –and whether he has a rational as well as factual understanding of the proceedings against him." *Dusky v. United States,* 362 U.S. 402 (1960).

3. The criminal trial of an incompetent defendant violates due process. *Medina v California*, 505 U.S. 437, 453, 120 L. Ed. 2d 353, 112 S. Ct. 2572 (1992). If a defendant is incompetent, due process requires suspension of the criminal trial until the defendant regains capacity to participate in his defense and understand the proceedings against him. *Id.* At 448.

4. As previously stated, A defendant may not be put to trial unless he "has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding – and whether he has a rational as well as factual understanding of the proceedings against him." *Dusky v. United States*, 362 U.S. 402, 402, 4 L. Ed. 2d 824, 80 S. Ct. 788 (1960). This requires more than a finding that "the defendant [is] oriented to time and place and [has] some recollection of events." *Id.* This test is necessary because

> "Competence to stand trial is rudimentary, for upon it depends the main part of those rights deemed essential to a fair trial, including the right to effective assistance of counsel, the rights to summon, to confront, and to cross-examine witnesses, and the right to testify on one's own behalf or to remain silent without penalty for doing so." *Drope v. Missouri*, 420 U.S. 162, 171-172, 43 L. Ed. 2d 103, 95 S. Ct. 896 (1975).

5. A defendant's constitutional right not to be tried while legally incompetent requires that a State provide adequate procedures to protect a defendant's right not to be tried or convicted while incompetent to stand trial. *Medina*, 505 U.S. at 449. The Fourteenth and Sixth Amendments require that a State provide access to a competent psychiatrist when sanity is an issue.

*Oklahoma v. Ake*, 470 U.S. 68, 83, 84 L. Ed. 2d 53, 105 S. Ct. 1087 (1995).  The 10th Circuit has applied this requirement to pre-trial competency hearings. *Walker v. Oklahoma*, 167 F.3d 1339, 1348-49 (10th Cir.), *cert. denied*, 528 U.S. 987, 145 L. Ed. 2d 366, 120 S. Ct. 449 (1999).

      6.    Evidence of a defendant's irrational behavior, demeanor at trial, and any prior medical opinion on competence to stand trial are relevant in determining whether further inquiry is required, and one of these factors alone, under certain circumstances, may be sufficient to require a competency inquiry. *Drope*, 420 U.S. at 180.

      Wherefore, Mr. Thrasher. requests this honorable Court to permit Mr. Thrasher to be evaluated and to conduct and competency hearing.

DATED, this 8th day of October 2009.

                                              s/ Sean M. McDermott  
                                              SEAN M. MCDERMOTT  
                                              Attorney for Defendant  
                                              McDermott, Hansen, & McLaughlin, LLP  
                                              1890 Gaylord Street  
                                              Denver, CO 80206  
                                              Phone 303-399-6037  
                                              Fax 303-322-3423

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of October, 2009, electronically filed the foregoing **MOTION TO DETERMINE COMPETENCY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till
Guy.Till@usdoj.gov


s/ Sean M. McDermott
SEAN M. MCDERMOTT