**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              October 9, 2009

Deputy Clerk:      Nel Steffens
Court Reporter:    Paul Zuckerman

**Criminal Action No.  09–cr–00357–REB**

*Parties:*                                *Counsel:*

UNITED STATES OF AMERICA,                 Guy Till

    Plaintiff,

v.

1.  RONALD KAMRON THRASHER,               Sean McDermott

    Defendant.

and

**Criminal Action No.  95–cr–00160–REB**

*Parties:*                                *Counsel:*

UNITED STATES OF AMERICA,                 Guy Till

    Plaintiff,

v.

1.  RONALD KAMRON THRASHER,               Sean McDermott

    Defendant.

**COURTROOM MINUTES**

**Status Conference and Motion Hearing**

**9:03 a.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.

Discussion regarding the defendant's **Motion to Determine Competency** [#17], filed October 8, 2009.  The court will proceed on this motion in *ex parte* hearing.

9:07 a.m.     Mr. Till exits the courtroom.

Colloquy between the court and Mr. McDermott.

9:18 a.m.     Mr. Till reenters the courtroom.

Mr. Till has no response to motion to determine competency.

Court's findings and conclusions.

**IT IS ORDERED as follows:**

1. That the defendant's **Motion to Determine Competency** [#17], filed October 8, 2009, is **GRANTED**;

2. That pursuant to 18 U.S.C. § 4241(a), a hearing to determine the competency of the defendant shall be conducted as agreed by the government and the defendant on Friday, **December 11, 2009**, at 3:00 p.m., at which time counsel and the defendant shall again appear before this court in this case without further notice or order from the court;

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the attendance and appearance of the defendant;

4. That pursuant to 18 U.S.C. § 4241(c), the Competency Hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d);

5. That prior to the competency hearing and pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

6. That the defendant, who is in the custody of the Attorney General, shall be placed forthwith at the Federal Correctional Institution at 9595 West Quincy

    Avenue, Englewood, Colorado, or at some other suitable facility as designated by the Bureau of Prisons for a period not to exceed thirty days from the date of a written order by this court, to facilitate the psychiatric or psychological examination and to implement the other orders of this court;

7. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a psychiatric or psychological report shall be prepared and filed with the court with copies served on counsel for the government and counsel for the defendant; that the psychiatric or psychological report shall include the information required by 18 U.S.C. § 4247(c)(1)-(4); provided furthermore, that because 18 U.S.C. § 4241 is apposite, the examiner must opine as to the competency of the defendant as required by 18 U.S.C. § 4247(c)(4)(A);

8. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c); and

9. That the defendant's **Amended Unopposed Motion to Continue the Deadline for Motions and to Exclude Time from the Speedy Trial Act** [#15], filed September 22, 2009, is **DENIED WITHOUT PREJUDICE.**

**9:30 a.m.**  **Court in recess.**

Total time in court:   00:27

Hearing concluded.