**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00357-REB and
Criminal Case No. 95-cr-00160-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD K. THRASHER,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the defendant's **Unopposed Motion to Continue December 11, 2009 Competency Hearing of Ronald K. Thrasher** [#64] filed December 9, 2009, in criminal case no. 95-cr-00160-REB.[2]  After careful review of the motion and the files and records in both cases,

    **IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion to Continue December 11, 2009 Competency Hearing of Ronald K. Thrasher** [#64] filed December 9, 2009, in case no. 95-cr-00160-REB is **GRANTED**;

    2.  That the competency hearing set in both cases for December 11, 2009, is **VACATED** and **CONTINUED**, pending further order; and

    3.  That on **December 16, 2009**, at **10:30 a.m.**, the court **SHALL CONDUCT** a telephonic setting conference to reset the competency hearing in both cases; provided, furthermore, that counsel for the defendant shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

    Dated: December 9, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] I assume that the defendant intended that the motion to continue apply also in criminal case no. 09-cr-00357-REB.