# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00357-REB and
Criminal Case No. 95-cr-00160-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD K. THRASHER,

    Defendant.

## MINUTE ORDER[1]

A telephonic setting conference was held on December 16, 2009. After conferring with counsel, and by agreement of all, a two-hour Competency Hearing is set in both cases for **February 18, 2010**, at **1:30 p.m.**

    Dated:  December 16, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.